IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01617-REB-MJW

MICHAEL J. KUNK, an individual,

Plaintiff(s),

v.

DIRK KEMPTHORNE,
SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, In his official capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the Joint Motion to Resolve Case by Cross-Motions for Summary Judgment and Vacate Scheduling Conference (Docket No. 15) is granted as follows. The Rule 16 Scheduling/Planning Conference set for November 26, 2007, at 9:30 a.m., and the November 21, 2007, deadline for submission of a proposed scheduling order are vacated. The parties shall have up to and including February 29, 2008, to file cross-motions for summary judgment, with respective response and reply briefs to be filed thereafter in accordance with the local rules.

Date:   November 15, 2007