**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01617-REB-MJW

MICHAEL J. KUNK, an individual,

    Plaintiff,

v.

DIRK KEMPTHORNE,
SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, in his official capacity,

    Defendant.

---

## MINUTE ORDER

---

The matter comes before the court on **Plaintiff's Motion for Summary Judgment**, [#24], and **Plaintiff's Brief in Support of Plaintiff's Motion for Summary Judgment** [#25], both filed on May 5, 2008. The motion and brief are **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    Dated: May 5, 2008