**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01617-REB-MJW

MICHAEL J. KUNK, an individual,

    Plaintiff,

v.

DIRK KEMPTHORNE,
SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, in his official capacity,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on **Plaintiff's Motion For Leave To Refile Plaintiff's Motion For Summary Judgment and Plaintiff's Brief in Support of Motion For Summary Judgment** [#29], filed May 5, 2008. The court notes that plaintiff's request for the extension of time to conform to this court's practice standard does not comply with the practice standards of this court. However, given the brevity of the request, the court is inclined to grant the extension of time.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion For Leave To Refile Plaintiff's Motion For Summary Judgment and Plaintiff's Brief in Support of Motion For Summary Judgment** [#29], filed May 5, 2008, is **GRANTED**; and

2. That plaintiff shall have until **May 9, 2008**, in which to refile its motion for summary judgment in compliance with this court's practice standards.

Dated: May 6, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.