IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01617-REB-MJW

MICHAEL J. KUNK, an individual,

    Plaintiff,

v.

DIRK KEMPTHORNE,
SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, in his official capacity,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the **Joint Motion For Amendment To Briefing Schedule** [#34], filed May 13, 2008. The motion is **GRANTED**.

THEREFORE, IT IS ORDERED as follows:

1. That the plaintiff shall file his response to defendant's motion for summary judgment by **June 2, 2008**;

2. That the defendant shall its reply/response by **June 22, 2008**;

3. That plaintiff's response and defendant's reply/response shall be limited to 20 pages;

4. That plaintiff's sur-reply, if necessary, shall be filed fifteen (15) days after the filing defendant's reply/response; and

5. That plaintiff's sur-reply, if necessary, shall be limited to 15 pages.

Dated: May 13, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.